1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA WILLIAMS, | ) | CASE NO. CV 08-2117 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.

DATED: April 28, 2009

*Alicia G. Rosenberg*

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE